UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMONICA MICHELLE RAGESDALE,

    Plaintiff,

File no: 1:11-CV-33

v.

HON. ROBERT HOLMES BELL

MACY'S DEPARTMENT STORE, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation ("R&R") entered by the United States Magistrate in this action. (Dkt. No. 6.) The R&R correctly analyzes the issues and makes a sound recommendation. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has passed. Accordingly,

**IT IS HEREBY ORDERED** that the R&R, (Dkt. No. 6), is hereby **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is hereby **DISMISSED** for failure to state a claim upon which relief can be granted.


Dated: February 15, 2011        /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE